**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: __ 10/4/2023 |

**PENSION BENEFIT GUARANTY**
**CORPORATION,**

                                        **Petitioner,**                          **23-MC-0222 (LAK)(SN)**

                    -against-                                                    **ORDER**

**MANN & BROS. INC.,**

                                        **Respondent.**

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Petitioner filed the Petition to Enforce Administrative Subpoena on July 11, 2023,

which was served on Respondent Mann & Bros. Inc. Respondent has not filed a response to the

petition and no further action has been undertaken by the Petitioner. Accordingly, the Petitioner

is ORDERED to file a letter by October 6, 2023, advising the Court whether it has had any

contact with the Respondent, whether the request for relief has been resolved, or whether the

Court should consider the petition unopposed. Petitioner is further ORDERED to serve a copy of

this Order upon Respondent and file proof of service.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:        October 4, 2023
              New York, New York