```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

PENSION BENEFIT GUARANTY
CORPORATION,

                              Petitioner,

      -against-

MANN & BROS. INC.,

                              Respondent.

```
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2023

23-MC-0222 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Petitioner's inability to complete service of process on Respondent Mann & Bros. Inc., the Petitioner is directed to submit a letter with a proposal for next steps by October 27, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 13, 2023
               New York, New York